IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. CHILDS,

        Plaintiff,                      No. 2:13-cv-0670 EFB P

    vs.

STATE OF CALIFORNIA, et al.,

                                      ORDER

        Defendants.

_____/

        Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.  He may comply with this requirement by having prison officials complete the "Certificate" portion of the form application for leave to proceed *in forma pauperis*.

1

1  Accordingly, plaintiff has 30 days from the date this order is served to submit the
2  required trust account statement.  Failure to comply with this order will result in this action being
3  dismissed.  The Clerk of the court is directed to send to plaintiff a new form Application to
4  Proceed In Forma Pauperis by a Prisoner.
5  So ordered.
6  Dated:  May 13, 2013.

  EDMUND F. BRENNAN
  UNITED STATES MAGISTRATE JUDGE