UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. CHILDS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 2:13-cv-670-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. He seeks leave to file a supplemental complaint "to add more defendants [because] his constitutional rights are still being violated . . . ." ECF No. 34. He also requests "45 day access to the law library." *Id.* Plaintiff's requests are denied.

On June 24, 2014, the court issued a discovery and scheduling order. ECF No. 35. It informed plaintiff that any motion to amend his complaint "must be accompanied by a proposed amended complaint that is rewritten or retyped so that it is complete in itself without reference to any earlier filed complaint." ECF No. 35 at 4 n.1 (citing E.D. Cal. Local Rule 220). Plaintiff has not included his proposed supplemental complaint and the court cannot determine from plaintiff's vague description of his intended supplemental allegations whether leave to amend would be appropriate. Accordingly, the request is denied without prejudice.

Plaintiff's request from the court for library access is also denied, as he must follow appropriate procedures at his place of incarceration to obtain access to the law library. He has not

1

1  shown that he ever made a proper request for library access or that such a request was improperly
2  denied by prison officials.
3      Accordingly, IT IS HEREBY ORDERED that plaintiff's June 20, 2014 requests (ECF No.
4  34) are denied.
5  DATED: August 5, 2014.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE