UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. CHILDS, | No. 2:13-cv-670-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORIA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983 alleging abuse by correctional officers within the mental health unit housing plaintiff. Plaintiff has filed a motion requesting a temporary restraining order and appointment of counsel. ECF No. 93. Plaintiff alleges that he is being beaten, transferred, and deprived of his legal mail due to his litigation of this case. Defendants have filed no response.

The motion states,

> I would like to have an emergency temporary injunction under section 1983 and while this action is still in motion.
>
> I have been attacked by numerous of C/O's in CDCR. I am been [sic] harassed and beat over (7) times and transferred (3) times out of the prison for no reason then sent back to R.J.D. I have been threated [sic] and I'm under heavy duress where my life is in harm's way over this case #2:13-CV-00670. The C/O's here is writing me up and attacking me every time I come out my cell. I have lots of witnesses and I was beat today on 4-28-16 and I have medical reports and other things. I believe if the courts don't step in at this moment I am going to die.

1

> I have been told to drop this case. I am a mental patient and I don't know what to do. Could you please send a lawyer of anyone to investigate this. I filed and injunction [sic] twice on this.
>
> Action: I need the courts to step in and help and force the CDCR C/O's to stop using excessive force on me for having a right to have access to the courts. Also have someone talk to me and grant me a lawyer just to help get let me out of ASU (hole) [sic].
>
> Also have this place give me my legal mail.
>
> HELP!

ECF No. 93 at 1-2. Appended to the motion is a CDCR form entitled "Medical Report of Injury or Unusual Occurrence" dated April 28, 2016 documenting two abrasions and one swollen area on plaintiff's body. *Id.* at 3. The nurse who prepared the form wrote that plaintiff said, "I been attacked multiple times due to ongoing case against CDCR" and "I been attacked by Sgt. [illegible name, possibly Murada or Minada]." *Id.*

Plaintiff's allegations regarding his treatment by unidentified California Department of Corrections and Rehabilitation staff are cause for concern. Accordingly, the court hereby ORDERS that defense counsel inquire into plaintiff's allegations, and, within seven days from the date of this order, file a response to plaintiff's motion, including: (1) whether plaintiff is being provided mental health treatment, (2) whether plaintiff has been transferred within the last year or is being considered for transfer, (3) whether plaintiff is being provided timely access to his legal mail and other legal materials, and (4) the cause of the injuries documented in the attachment to plaintiff's motion.

So ordered.

DATED: June 22, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE