UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. CHILDS, | No. 2:13-cv-0670-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 3, 2016, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations. ECF No. 97.

The court has reviewed the file and the objections and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 3, 2016, (ECF No. 97), are adopted in full;

1

2. Defendants' October 13, 2015 motion for summary judgment (ECF No. 78) is granted as to Plaintiff's claims against Defendant Nelson and otherwise denied; and

3. Plaintiff's May 5, 2016 motion for court intervention (ECF No. 93) is denied.

Dated: December 22, 2016

Troy L. Nunley
United States District Judge