1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    E. CHILDS,                                    No.  2:13-cv-0670-TLN-EFB P

12                   Plaintiff,

13          v.                                       ORDER REQUESTING CONFIDENTIAL
                                                     SETTLEMENT STATEMENTS FOR
14    STATE OF CALIFORNIA,                           PRISONER SETTLEMENT PROGRAM

15                   Defendants.

16

17          The parties to this action shall each, no later than thirty (30) days from the date of the

18   order, submit confidential statements as described below.  The confidential statements shall not

19   be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email

20   or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address,

21   fax number or email address below and marked "Confidential."  Such statements shall be limited

22   to five (5) pages and shall include the following:

23               1.   The party's assessment of whether the instant action is of the type that would

24                    benefit from a settlement proceeding;

25               2.   The party's assessment of what factors, if any, will prevent settlement of this

26                    matter prior to trial; and

27               3.   Any additional information the court may find useful in determining whether to set

28                    this matter for a settlement conference.

1

Should the court determine that this action is appropriate for referral to the Prisoner Settlement Program, it will set this matter for settlement conference before a magistrate judge or district judge.  If not, the court will direct the parties to file pretrial statements.

IT IS SO ORDERED.

DATED: December 30, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

cc:     ADR Division, Attention: Sujean Park
        US District Court
        501 I Street, Suite 4-200
        Sacramento, CA 95814
        Fax: (916) 491-3912
        email: spark@caed.uscourts.gov